IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
DEC 18 2018
Clerk, U.S District Cour:
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN DEE HENDRICKSON,<br><br>Defendant. | CR 18–35–BLG–DLC–2<br><br>ORDER |

Before the Court are Defendant Brian Dee Hendrickson's ("Hendrickson") *Sealed* Unopposed Motion to Continue Sentencing (Doc. 90) and Motion for Leave to File Under Seal (Doc. 91). Because the Motion to Continue is unopposed and supported by good cause, it will be granted. However, the Court will not extend any of the sentencing-related deadlines that have already passed. As regards Hendrickson's Motion for Leave to File Under Seal, Hendrickson seeks to file his sentencing memorandum under seal because it contains "confidential patient health/medical information and redaction is not practical." (Doc. 91 at 1.) L.R. CR 49.1(a)(2)(C) provides that a motion for leave to seal is not required if the case is sealed or it the item to be sealed "is or contains material from a psychiatric or psychological report or contains confidential medical information and redaction is not practical." Because the sensitive information in Hendrickson's sentencing

-1-

memorandum falls squarely in the exception of L.R. CR 49.1(a)(2)(C), his request was unnecessary. Nonetheless, it will be granted. Accordingly,

IT IS ORDERED that Hendrickson's *Sealed* Unopposed Motion to Continue Sentencing (Doc. 90) is GRANTED. The Sentencing hearing currently scheduled for January 9, 2019, is VACATED and RESET for **March 22, 2019, at 1:30 p.m. in the Russell Smith Federal Courthouse, Missoula, Montana.**

IT IS FURTHER ORDERED that any responses to sentencing memoranda shall be filed on or before March 1, 2019. All other aspects of this Court's September 17, 2018 Order remain in full force and effect.

IT IS FURTHER ORDERED that Hendrickson's Motion for Leave to File Under Seal (Doc. 91) is GRANTED and the Clerk of Court is directed to file the Lodged Sealed Documents (Doc. 92) in the record under seal pursuant to L.R. CR 49.1(a)(2)(C).

DATED this 18th day of December, 2018.

Dana L. Christensen, Chief Judge
United States District Court